IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Luvert, Barbara Jean | Case Number: 07 B 17860 |
| | Judge: Squires, John H |
| Printed: 9/23/08 | Filed: 9/28/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 13, 2008
Confirmed: November 28, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,750.00 | |
| Secured: | | 1,050.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,490.63 |
| Trustee Fee: | | 209.37 |
| Other Funds: | | 0.00 |
| Totals: | 3,750.00 | 3,750.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 3,500.00 | 2,490.63 |
| 2. | Illinois Title Loans | Secured | 1,915.21 | 1,050.00 |
| 3. | Premier Bankcard | Unsecured | 527.94 | 0.00 |
| 4. | Illinois Lending Corporation | Unsecured | 1,352.49 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 2,780.00 | 0.00 |
| 6. | AmeriCash Loans, LLC | Unsecured | 2,067.27 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 460.69 | 0.00 |
| 8. | Salute Visa | Unsecured | 660.24 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 531.51 | 0.00 |
| 10. | Quick Click Loans | Unsecured | 417.63 | 0.00 |
| 11. | Capital One | Unsecured | 360.82 | 0.00 |
| 12. | AT&T | Unsecured | | No Claim Filed |
| 13. | Check N Go | Unsecured | | No Claim Filed |
| 14. | Comcast | Unsecured | | No Claim Filed |
| 15. | Payday Loan | Unsecured | | No Claim Filed |
| 16. | Global Cash Access | Unsecured | | No Claim Filed |
| 17. | Uptown Cash | Unsecured | | No Claim Filed |
| | | | $ 14,573.80 | $ 3,540.63 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 168.74 |
| 6.5% | 40.63 |
| | $ 209.37 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Luvert, Barbara Jean

Printed:  9/23/08

Case Number:  07 B 17860
Judge:  Squires, John H
Filed:  9/28/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

